UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-06641-SVW-JPR | Date | April 24, 2025 |
|---|---|---|---|
| Title | Del Taco, LLC v. Charles William Costin | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On March 20, 2025, the Court granted plaintiff thirty days to request entry of default.

Plaintiff having failed to comply with the order, the Court orders the case dismissed.

|   | : |
|---|---|
| Initials of Preparer | PMC |